# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 04 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Judith Noriega Hernandez | ) | Case No: 1:16cr24HSO-RHW-002 |
| | ) | USM No: 19732-043 |
| Date of Original Judgment: 09/15/2016 | ) | |
| Date of Previous Amended Judgment: | ) | Mike Scott |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ **DENIED.** ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/15/2016 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Oct. 4, 2017

Effective Date: Oct. 4, 2017
*(if different from order date)*

Judge's signature

The Honorable Halil S. Ozerden, United States District Judge
*Printed name and title*